UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK BARTELSTEIN,

    Plaintiff,

v.                                Case No.  6:12-cv-1265-Orl-22TBS

DESHAWN STEVENSON,

    Defendant.
_____

## **ORDER**

Pending before the Court is Plaintiff's Motion for Clerk's Entry of Default Against Defendant Deshawen Stevenson. (Doc. 7).

Plaintiff filed this action against Defendant on August 16, 2012.  The return of service docketed with the Court shows that Defendant was served with a copy of the summons and petition on August 16, 2012 by service on Jessica Romer as a co-resident in Defendant's usual place of abode.  (Doc. 6).  The process server also reported that Ms. Romer is a person 15 years of age or older and that the process server informed her of the contents of the summons and petition.  (Doc. 6).  Based upon the date of service, Defendant's response to the petition was due on or before September 6, 2012.  Fed.R.Civ.P. 12(a).  To date, Defendant has not appeared or otherwise defended this action. (See Docket).

Fed.R.Civ.P. 4(e) provides for service in a judicial district by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or service is made."  Section 48.031(1)(a) Florida Statutes states that "[s]ervice of original process is made by delivering a copy of it to the

person to be served with a copy of the complaint, petition, or other initial pleading or paper or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of the contents."  The process server's return of service is prima facie evidence of good service upon Defendant.

Accordingly, Plaintiff's motion is GRANTED.  The Clerk is directed to enter a default, but not a default judgment, against Defendant Deshawn Stevenson, pursuant to Fed.R.Civ.P. 55(a) for failing to serve an answer or otherwise respond as required by law.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 14, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel of Record